IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AHMED MAHMOUD,

          ORDER

           Plaintiffs,

          24-cv-384-wmc

     v.

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN SYSTEM and DENEEN WELLIK,

          Defendants.

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C.

§ 455.

Entered this 20th day of October, 2025.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge